Certificate Number: 14424-ILN-DE-035005133

Bankruptcy Case Number: 20-17876



14424-ILN-DE-035005133

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2020, at 1:42 o'clock AM EDT, Angela Raggs completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   October 21, 2020          By:   /s/Mabelyn  Ramirez

                                  Name: Mabelyn  Ramirez

                                  Title: Instructor