**Fill in this information to identify the case:**

Debtor 1: Angela Raggs

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the Northern District of IL
(State)

Case number: 20-17876

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper    **Court Claim No.** (if known): 24

**Last four digits** of any number you use to identify the debtor's account:    XXXXXX4352

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes. Date of last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify: _____ | | (10) | $0.00 |
| 11. | Plan Review | 10/20/20 | (11) | $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Michael N. Burke
Signature

Date: February 22, 2021

**Print:** Richard B. Aronow  3123969
Michael N. Burke  6291435
Mike Kalkowski  6185654
First Name   Middle Name   Last Name

Title  Attorney

Company  LOGS Legal Group LLP

Address  2121 Waukegan Road, Suite 301
Number   Street

Bannockburn, IL 60015
City   State   ZIP Code

Contact phone  (847) 291-1717

Email  logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 2/22/21

Chapter 13 Trustee: Tom Vaughn

Trustee Address: 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

Trustee Email: chiweb@tvch13.net

Counsel's Name: David M Siegel, David M. Siegel & Associates

Counsel's Address: David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090

Counsel's Email: davidsiegelbk@gmail.com

Debtor's Name: Angela Raggs

Debtor's Mailing Address: 1247 N Massasoit Ave, 1st Floor, Chicago, IL 60651

/s/ Michael N. Burke

Richard B. Aronow  3123969
Michael N. Burke  6291435
Mike Kalkowski  6185654
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
logsecf@logs.com